Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of

the Claim of FRANCES LOUISE STEVENS, Respondent, Widow of WILLIAM STEVENS, v. CONSOLIDATED ICE CO. OF HUNTINGTON, Employer, and EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY, Insurer, Appellants. — Award affirmed. All concurred, except Woodward, J., dissenting.